# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KIRT K HALL

NO. 2023 KW 0491

**JULY 17, 2023**

---

In Re:    Kirt K. Hall, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-92-1099.

---

**BEFORE:    THERIOT, WOLFE, AND GREENE, JJ.**

**WRIT DENIED.**

> **MRT**
> **EW**
> **HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT